IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CRIMINAL NO. 04 – CR – 121 |
| v. | § § | 4:05cv1442 |
| | § | |
| JUAN GONZALEZ-MENDOZA | § § | |

## ORDER

Pending before the Court is Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 35]. Petitioner currently has a direct appeal, filed September 9, 2004, pending before the United States Court of Appeals for the Fifth Circuit [*See* Doc. 22].

Unless extraordinary circumstances are present, a § 2255 motion should not be heard while a direct appeal is pending. *Bowen v. Johnston*, 306 U.S. 19, 26-27 (1939); *see also* 28 U.S.C. § 2255 Rule 5 advisory committee's note 1 (there is no "jurisdictional bar" to entertaining a §2255 motion during the pendency of a defendant's direct appeal, but "orderly administration of criminal law precludes considering such a motion absent exceptional circumstances").

The Petitioner in this case has failed to make the requisite showing of "exceptional circumstances;" therefore, his Motion to Vacate, Set Aside, or Correct Sentence is **DENIED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

DONE this 10th day of June, 2005, at Laredo, TX.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**